UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

HARVEY PRESTON,

    Plaintiff,

                              Case No. 2:24-cv-179

v.

                              Hon. Hala Y. Jarbou

NATE HOFFMAN et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated: November 22, 2024                /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      CHIEF UNITED STATES DISTRICT JUDGE